10-4868-cv
*Verzani v. Costco Wholesale Corporation*

# UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

## SUMMARY ORDER

RULINGS BY SUMMARY ORDER DO NOT HAVE PRECEDENTIAL EFFECT. CITATION TO A SUMMARY ORDER FILED ON OR AFTER JANUARY 1, 2007, IS PERMITTED AND IS GOVERNED BY FEDERAL RULE OF APPELLATE PROCEDURE 32.1 AND THIS COURT'S LOCAL RULE 32.1.1. WHEN CITING A SUMMARY ORDER IN A DOCUMENT FILED WITH THIS COURT, A PARTY MUST CITE EITHER THE FEDERAL APPENDIX OR AN ELECTRONIC DATABASE (WITH THE NOTATION "SUMMARY ORDER"). A PARTY CITING A SUMMARY ORDER MUST SERVE A COPY OF IT ON ANY PARTY NOT REPRESENTED BY COUNSEL.

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 20ᵗʰ day of September, two thousand eleven.

PRESENT: GUIDO CALABRESI,
         RICHARD C. WESLEY,
         GERARD E. LYNCH,
              *Circuit Judges.*

---

Marc E. Verzani, Individually and on behalf of all others similarly situated,

                    *Plaintiff-Appellant,*

Robert J. Verzani,

                    *Plaintiff,*

        -v.-                                10-4868-cv

COSTCO WHOLESALE CORPORATION,

                    *Defendant-Appellee.*

---

FOR APPELLANT:        WILLIAM R. WEINSTEIN, Law Offices of
                      William R. Weinstein, New York, NY
                      (Michael L. Kelly, Kirtland & Packard,
                      LLP, El Segundo, CA, *on the brief*).

FOR APPELLEE:         JAMES D. ARDEN(Eamon P. Joyce, Alan
                      Charles Raul, *on the brief*), Sidley
                      Austin, LLP, New York, NY.

Appeal from orders and judgments of the United States District Court for the Southern District of New York (McMahon, *J.*).

**UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the orders and judgments of the district court be **AFFIRMED.**

Plaintiff-Appellant Marc Verzani appeals from a series of orders and judgments of the United States District Court for the Southern District of New York (McMahon, *J.*), which dismissed his breach of contract claim, denied leave to file a second amended complaint, and dismissed his amended complaint with prejudice. We assume the parties' familiarity with the underlying facts, the procedural history, and the issues presented for review.

For substantially the same reasons set forth in the district court's thorough and well-reasoned memoranda and orders, we conclude that the district court properly dismissed Verzani's complaint and denied his motion to amend as futile.

For the foregoing reasons, the judgment of the district court is hereby **AFFIRMED**.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk